In re NIAZI, RAIHANA _____    Case No. _____
             Debtor                                                 (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 350.00 |
| Are real estate taxes included?    Yes _____    No _____ | |
| Is property insurance included?    Yes _____    No _____ | |
| Utilities    Electricity and heating fuel | $ 50.00 |
|          Water and sewer | $ 25.00 |
|          Telephone | $ 125.00 |
|          Other | $ 35.00 |
| Home Maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 450.00 |
| Clothing | $ 150.00 |
| Laundry and dry cleaning | $ 30.00 |
| Medical and dental expenses | $ 50.00 |
| Transportation (not including car payments) | $ 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|          Homeowner's or renter's | $ 0.00 |
|          Life | $ 0.00 |
|          Health | $ 100.00 |
|          Auto | $ 100.00 |
|          Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|          Auto | $ 0.00 |
|          Other | $ 0.00 |
|          Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 1,765.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ 0.00 |
| B. Total projected monthly expenses | $ 0.00 |
| C. Excess income (A minus B) | $ 0.00 |
| D. Total amount to be paid into plan each _____ (interval) | $ 0.00 |

FORM B6J
(12/95)